

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY, | § | No. 08-25-00082-CV |
|  | § | Appeal from the |
| Appellant, | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| ROMELLO EDWARD DUKES, | § | (TC# 2024DCV0791) |
| Appellee. | § |  |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the unopposed motion to dismiss appeal and concludes the motion should be granted and the appeal should be dismissed. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 12th day of August 2025.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.